| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | matthew_bockmon@fd.org |
| 6 | Attorney for Defendant |
| 7 | DOMENICO MATINATA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:19-mj-040 JDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| DOMENICO MATINATA, | ) | |
| Defendant. | ) | Date: February 26, 2019 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |

      Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, DOMENICO MATINATA, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Initial Appearance and be allowed to appear via video conference from the United States District Court in Miami, Florida. Mr. Matinata agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Matthew C. Bockmon, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent him interests at all times. The government has no objection to this request.

      Mr. Matinata respectfully request this Court grant a waiver of is right and obligation to be personally present at the Initial Appearance and that he be permitted to appear via video conference from the United States District Court in Miami, Florida. Travel to Yosemite National Park represents a financial hardship.

-1-

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 20, 2019  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DOMENICO MATINATA


McGREGOR SCOTT
United States Attorney

Dated: February 20, 2019  */s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Miami, Florida for his Initial Appearance on February 26, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:  February 21, 2019  _____
UNITED STATES MAGISTRATE JUDGE