HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DOMENICO L. MATINATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-po-00040 JDP |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| DOMENICO L. MATINATA, | ) |
| Defendant. | ) Date: April 16, 2019 |
|  | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Domenico L. Matinata, that the status conference scheduled for April 16, 2019, may be continued to June 11, 2019, at 10:00 a.m. The parties further agree that Mr. Matinata may appear via video conference from the U.S. District Court in Miami, Florida, where he resides, because of the financial hardship posed by travel to California.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1    The parties reached a resolution in this case and anticipated resolving it this week, this
2  Court having previously approved Mr. Matinata's appearance by video. However, the District
3  Court in Florida requires additional notice in order to schedule the appearance. The parties ask
4  to reschedule the case for June 11 when undersigned defense counsel is scheduled to be present,
5  in order to afford continuity of counsel.

                                              Respectfully Submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated:  April 15, 2019                        /s/ T. Zindel_____
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for DOMENICO L. MATINATA

                                              McGREGOR SCOTT
                                              United States Attorney


Dated:  April 15, 2019                        /s/ T. Zindel for S. St. Vincent
                                              SUSAN ST. VINCENT
                                              Legal Officer


**O R D E R**

The status conference scheduled for April 16 is continued to June 11, 2019, at 10:00 a.m.
Mr. Matinata may appear by video conference from the District Court in Miami, Florida.

IT IS SO ORDERED.


Dated:   April 15, 2019              _____
                                     UNITED STATES MAGISTRATE JUDGE