```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
DOMENICO L. MATINATA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-po-00040 JDP |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING STATUS CONFERENCE** |
| DOMENICO L. MATINATA, | ) |
| Defendant. | ) Date: June 11, 2019 <br> ) Time: 10:00 a.m. <br> ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Domenico L. Matinata, that the status conference scheduled for June 11, 2019, may be continued to September 17, 2019, at 10:00 a.m. The parties further agree that Mr. Matinata may appear via video conference from the U.S. District Court in Miami, Florida, where he resides, because of the financial hardship posed by travel to California.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties reached a resolution in this case but the defendant will be unavailable in June and July. We anticipated this case would be resolved at the hearing in September. This Court has previously approved Mr. Matinata's appearance by video. However, the District Court in Florida requires additional notice in order to schedule the appearance. The parties ask to reschedule the case for September 17, 2019 at 10:00 a.m. when undersigned defense counsel is scheduled to be present, in order to afford continuity of counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 31, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DOMENICO L. MATINATA

McGREGOR SCOTT
United States Attorney

Dated: May 31, 2019  /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The status conference scheduled for June 11, 2019 is continued to September 17, 2019, at 10:00 a.m. Mr. Matinata may appear by video conference from the District Court in Miami, Florida.

IT IS SO ORDERED.

Dated: June 3, 2019

UNITED STATES MAGISTRATE JUDGE