HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DOMENICO MATINATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00040-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| DOMENICO MATINATA, | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Domenico Matinata, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for August 11, 2020.

On September 17 2019, the Honorable Jeremy D. Peterson sentenced Mr. Matinata to a term of 12 months unsupervised probation and to pay a fine and special assessments totaling $600.00.  Mr. Matinata has paid his fine in full and is in compliance with all terms of probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

//

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3 | McGREGOR W. SCOTT<br>United States Attorney |
| 4  Dated:  August 6, 2020 | /s/ Sean Anderson<br>SEAN ANDERSON |
| 5 | Acting Legal Officer<br>National Park Service |
| 6 | Yosemite National Park |
| 7 |  |
| 8 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 |  |
| 10  Dated: August 6, 2020 | /s/ Benjamin A. Gerson<br>BENJAMIN A. GERSON |
| 11 | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | DOMENICO MATINATA |

Matinata – Stipulation to
Vacate Review Hearing                                2

**O R D E R**

Based on the parties' joint representation that Mr. Matinata is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:19-po-00040-JDP scheduled for August 11, 2020, at 10:00 a.m. and terminates Mr. Matinata's term of probation.

IT IS SO ORDERED.

Dated:  August 10, 2020               _____
                                      UNITED STATES MAGISTRATE JUDGE